UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-21142-CIV-HUCK/WHITE
(Criminal Case No.: 07-20453-CR-HUCK)

OSCAR DAMIAN RIOS-CALLE,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/



CLOSED CIVIL CASE

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court upon movant's motion under 28 U.S.C. § 2255 to vacate his sentence (D.E. #1), filed April 29, 2009. On March 9, 2010, Judge Patrick A. White, United States Magistrate Judge, issued a Report and Recommendation (D.E. #15), recommending that the petition be denied.

Petitioner has not objected to the Report and Recommendation. Accordingly, he is not challenging the factual findings contained in the Report and Recommendation. The Court has independently reviewed the Report and Recommendation and the record. Being so advised, the Court adopts the findings of fact and conclusions in the Report and Recommendation. Accordingly, it is hereby

ORDERED that the motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence (D.E. #1) is DENIED, and the case is CLOSED. Because the Court finds that Petitioner has not made a substantial showing of a denial of a constitutional right, it is further ORDERED that a

Certificate of Appealability shall not issue.

DONE AND ORDERED in Chambers, Miami, Florida, March 31, 2010.

                                                Paul C. Huck
                                                United States District Judge

**Copies furnished to:**
Magistrate Judge Patrick A. White
All Counsel of Record

Oscar Damian Rios-Calle, PRO SE
Reg. No. 78764-004
FCI - Beaumont (Low)
Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 26020
Beaumont, TX 77720